MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~EASTERN DISTRICT OF MICHIGAN~~ Arkansas

RECEIVED
EASTERN DISTRICT ARKANSAS

2022 SEP 19 A 9 49

TAMMY H DOWNS

Otis, Mays / Larry Perkins
21955/04P / 14763-025

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

v.

See Defendant list attached

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

Case No. 2:22-cv-00167-KGB-JTK

_(to be filled in by the Clerk's Office)_

Jury Trial:   ☒ Yes   ☐ No
_(check one)_

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 19 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

This case assigned to District Judge __Baker__
and to Magistrate Judge __Kearney__

## Complaint for Violation of Civil Rights
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.  *#14763-025        #21955-041*

Name  *Larry Perkins / OHB Mays*

All other names by which you have been known:

_____

_____

ID Number  _____

Current Institution  *Forrst City FCI med*

Address  *P.O. Box 3000*

*Forrest City AR 72335*

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  *FCI - Forrest City Prison*

Job or Title
(if known)  _____

Shield Number

Employer  *Federal Bureau of Prisons*

Address  *P.O. Box 300*

*Forrest City AR 72336*

☐  Individual capacity          ☐  Official capacity

# Defendant list

| # | Name | Title |
|---|------|-------|
| #1 | Federal Bureau of Prisons (FBOPS) Central Office, 320 First St. NW Washington, DC, 20534 | |
| #2 | FCI Forrest City 1400 dale bumpers road Forrest City, AR, 72335 | |
| #3 | John P. Yates | * Complex Warden |
| #4 | John doe | * Warden |
| #5 | Edge | * Assistant Warden (AW) |
| #6 | Kelsee | * Assistant Warden |
| #7 | Hess | * Acting AW |
| #8 | Mars | * Captain (Capt) |
| #9 | S. Amuimuia | * Lieutenant (LT) |
| #10 | Howard | * Lieutenant |
| #11 | Williams | * Lieutenant |
| #12 | Roberts | * Lieutenant |
| #13 | John Doe | * Lieutenant |
| #14 | John Doe | * Lieutenant |
| #15 | Briss | * Correctional officer (CO) |
| #16 | Westbrook | * Correctional officer |
| #17 | Edson | * Correctional officer |
| #18 | Avant | * Correctional officer |
| #19 | Winbush | * Correctional officer |
| #20 | Laim | |
| #21 | Mayberry | |

| 22 | Moore |
| 23 | Dixon |
| 24 | Wallace |
| 25 | Snodsville |
| 26 | Burton |
| 27 | Burton |
| 28 | P. Mcdaniels |
| 29 | Dicus |
| 30 | Williams |
| 31 | Davis |
| 32 | Fion |
| 33 | Lewis |
| 34 | Chirs |
| 35 | Murphry |
| 36 | Johnson |
| 37 | Yarbrough |
| 38 | McKane |
| 39 | Winchunch |
| 40 | John Doe (Arms) |
| 41 | Stanley |
| 42 | Collins |
| 43 | |
| 44 | |

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    Federal officials (a *Bivens* claim)

☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The Plaintiffs claims Claims that there Following constitutional rights are being violated 1st amendment, 4th amendment 5th amendment, 6th amendment, 8th amendment And 14th Amendment. Also Injunctions

4

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☑   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

please see statement of facts and the complaint which are both attached.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Please see the statement of facts and the complaint which are both attached.

6

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.    What are the facts underlying your claim(s)? *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

Please see statement of facts and complaint attached

7

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Please see Relief requested

8

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FCI-Forrest City

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑  Yes

☐  No

☐  Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐  Yes

☐  No

☑  Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑    Yes

☐    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑    Yes

☐    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

FCI-Forest City

2.    What did you claim in your grievance?

The the prison was placing inmate safety at risk by doing the followings only having one CO staff in unit at a time. Not enforcing staff members to do well fare rounds every thirty minutes Instead of allowing them to either just sit in the office and day or outside, by leaving units unstaff while the inmates are free to roam around.

3.    What was the result, if any?

At this time I have not recieved an smgle response to any of them.

10

4.    What steps, if any, did you take to appeal that decision?· Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

I have sent grievances also to the region letting them know what I stated on my previouse grievance and also notifyed them that they had not been responded to by prison. No response yet from the region.

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes

☑    No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐    Yes

☑    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

12

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐    Yes

☐    No

If no, give the approximate date of disposition. _____

7.    What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐    Yes

☑    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page; using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

_____

13

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐    Yes

☐    No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-13-22 , 20 22

Signature of Plaintiff _____

Printed Name of Plaintiff  LARRY PERKINS / OTIS, MAYS

Prison Identification # 14763-025 / 21955-041

Prison Address  P.O. BOX 3000

FORREST CITY                AR                72335
City                          State              Zip Code

14

PS.1-14

# The complaint

All defendants are being sued In Both There Individual and official capacity

#1   Defendants FCI-Forrest City, John Yates, Kelsec, Edse, Hess, Howard, Williams, Roberts, S. Amuin Ha eason, Liam, Kriess, Dixon, Avant, Wesley mayberry, Lewis, Mckune, Williams, Yarbrough Violated the Plaintiffs 1st, 4th, 5th, 6th, 8th and 14th Amendment rights and also committed the state land tort of negligence. By Failing to protect the Plaintiffs as well as other Inmates when they continued to allow there written/unwritten policy of only staffing one "Go In a housing unit that can house up to 120 Inmates. Due to this policy Inmates safety are placed at the risk of harm every day. This has been going on since 2020 Due to the fact that the defendants have been made aware by Staff, Inmates Prison camera footage and Investigate multiple occasions When ever there Is a code called In a housing unit all other housing staff respond to that code, For codes such as Fights. When Inmates housing unit Is called

for chow that housing officer goes outside While there are other Inmates still In

PS 2-14

the unit unsupervised. Even after those Inmates from that unit start to return to there unit from chow the unit officer remains outside the unit.

• When Pill line, Recreation, or any other move IS called stuff members so outside there housing unit leaving units Inside to Police them selfs.

• When housing officers take bathroom breaks they leave there unit unsupervised. leaving Inmates in there unit unsupervised.

Due to these reasons as well as others housing officers each day leave units unsupervised Which Places Inmates safety at risk. The solution to this problem is simple have more then 1 (1) assigned to each housing unit.

**PSH3-14 Claim 2**

Defendants FCI-Forrest City, John Yates, Edge Hess, Howard, Williams, Roberts, Amulmura, Liam eason, Briss Dixion, Avant, westbrook, mayberry Lewis, Maxine, Williams, Yarbrough, chris murphur, Johnson, wm church, williams, Davis Have violated the plaintiffs 1st, 4th 5th, 6th, 8th and 14th amendment rights and also committed the state law tort of neglisence. BY failure to protect the plaintiffs as well as other Inmates when they either created the policy/ custom or became aware of It and allowed for It to continue. When they knew or should have known that the policy/custom placed Inmate safety at streat risk when housing officer left the housing units unsupervised by an prison staff.

- on June 19th 2022 Inmates mays and perkins were attacked by more then 7 Inmates In G4 housing unit when housing officer was outside the unit.
- In December of 2031 Inmate unknown real name Alias pimp was attacked with weapons by mutiple other is Inmates when housing officer was outside the unit.

PSH-14
Claim 3.

Defendants FCJ-Forrst City's Yates, Ease Mars, Hess, Williams, Howards, Williams, Roberts, Abdulmula, Liam, mayberi, Dixon Lewis, Mckure, William, Yarbrough, Mcphery, Davis Chris, Johnson, Winchurch, Westbrook, Bass, case Have violated the plaintiffs 1st, 4th, 5th, 6th, 8th and 14th amendment rights and committed state law tort of negligence. By Failing to train staff and or supervise It's staff When It came to Housing officer conductins well fair checks on Inmates on/In a timely manner. This was done when the defendant either created a policy/custom or became aware of It and allowed for It to continue. Even though the defendants knew or should have known that this policy/custom placed Inmates safety at great risk when housing officer died not do rounds In there units checkins on the Inmates In there units. Also by the supervisor not &forcins/directins housing officers to do rounds In there housing units at minimum 1-2 an hour. Also by the supervisor not disciplining staff who did not do well fair rounds In there unit. This has caused for staff members to fall as if they do not

6-14   need to do rounds and if they do not do rounds they will not recreve any punishment. Basically like the prison admin and/or supervisors are allowing the staff not to do safety and security rounds.

These Items can be proven by testimony of prison staff, Inmates and the plaintiff who have all seen staff not due rounds as post to. By prison security footage from any time between 8 Am - 9pm. Disciplinary reports. Incident reports.

Due to the Defendants failing to train and/or Failure to supervise. multiple Inmates have been allowed to be attack which would not have taken place If GO would have been doing rounds every 30 minutes like there post to do. or at least the assault would not have lasted so long and Inmates would not obtain so much Injuries.

• In August of 2022

**Pg 17-4**

**claim 4**

Defendants FCI-Forest city, Yates, Ester, Hess, Holland, Williams, Roberts, Amumula easor, latm, Briggs, Stanley, Dixon, Avant, Westbrook, mayberry, Lewis, Mckane, Yarular, violated the plaintiff's 1st, 4th, 5th, 6th, 8th, and 14th Amendment rights and also committed that State law tort of negligence. By failing to protect. By not having medical detectors in each housing units as well as the cafeteria. By the defendants not doing this It placed Inmates Safety In great risk of seriouse Injurye. Due to the fact the defendants are not restricting things such as cell phones or knives to be detected.

**Homemade** • Since 2022 there has been over 50 knives recovered either off Inmates person, out of an Inmate cell or from an Incident Where It was used In an a attack on another Inmate.

• Since 2022 There has been more then 100 cell phones recovered either off Inmates person, out of there room or outside on the Prison Grounds.

The defendants know that these Items are used to either cause Inmates or Staff members harm.

**PG-14**

This can be done by going online and looking on Inmates charge up, Making contact with other Individuals In other prison being able to have Unmonitored conversation With people, and also Delivering hits or Extorting people.

Even though the Defendants have been made aware of all these Facts by prison Informants, S.I.S investigations, outside complaints, outside Investigations and other police/law enforcement agency and reports. The Defendants fail to apply a simple solution that Would not cure these Problem but place a Greater restriction on Inmates being able to Move around With them and having them. They Just continue to Ignore the very serious Problem. Which places Inmates safety In Great Risk.

**P59-19 claim #5**

Defendants Amuimuia, Burton, John doe violated the Plaintiff 1st, 4th, 5th, 6th, 8th and 14th amendment rights and also committed the state law tort of negligence. By Denying me medical attention. When the defendants where all made aware of the Plaintiffs need of medical attention but failed to provide them any. On June 19th 2022 after the Plaintiffs where assaulted by other Inmates by being punched, Kicked, knives and alchol all over there bodies. Due to the assault the Plaintiff had the following Injuries loss of consisiness, Headaches, Misreuins, Vomiting, Neck pain, Arm and hand numbness, loss of Arm range of motion, light sensitivity, Ringing In the ears, Issues with balence, Tooth Issues, Back problems, Noes bleed, Seperated shoulder, Pinch nerve, Dizzyness, spreuined ankle, memorey loss and

The Plaintiff notifiyed the defendants that he had been assualted and was dealing with the medical Injuries listed above and the defendants also witnessed the defendants dealing with these Issues. Then most Importantly def John doe repeatedly spoke to Det Amuimuia regarding the plaintiff needing to be taken to the husrital

10-14 and seen for his medical Issues but Def Amulmula repeatedly denied for this to happen due to "staff shortage".

This completely shows is that the defendant was completely negilisent to the plaintiff medical needs.

Due to the defindents not providing the plaintiffs with medical care They where force to suffer In great pain for multiple days. Instead of providing the plaintiff with Immediate or any medical attention for several days.

PS11-19

Claims

Defendant Eason violated the plaintiffs 14th, 8th, 5th, 8th and 14th amendment rights and also committed the state law tort of negligence. By failing to protect the plaintiffs. When the Defendant left his unit unsupervised allowing any Inmates to come and go as well as allowing Inmates to police there selfes. On June 19th 2022 Def Eason was assigned as the housing officer in C4. The plaintiff mays was assigned to C4 and Perkins to D2. Inmate 4-Dub was assigned to A4. When the plaintiffs where going to Mays housing unit C4 they walked directly past Co's Eason and John doe who said nothing to either of the plaintiffs. The plaintiff went Into C4 where there was no prison staff present supervising the Inmates in C4. The plaintiff where then assaulted by several Inmates 2 of them belonged to different housing units. All do to the fact that the housing unit was left unsupervised. If the Def. Was present the plaintiff would not have been assaulted. So do to the Def failure to supervise his assigned unit. Which caused for the plaintiffs to suffer the Following Injuries

12-14  Headaches, Migrains, concussion, loss of runse of motion in are, numbness in hand and arm, light since athity, memory loss, pinch nerve unable to sit or stand for long periods of time, tooth issues and still to this day the Plaintiff suffer from Head and vison issue such as Photofibia, A concushion, Hearing issues, light sensitivity and ringing in the ears. Lower buck issues such as pinch nerves which cause the Plaintiffs to recieve sharp shooting pain when ever they stand or sit for long periods of time. Tooth issues such as sharp shooting pain when ever the plaintiff eats or drinks anything. Neck pain such as strainis and sharp shooting pain when ever the plaintiff trys to turn his head. Hand problems such as sharp throbbing pain, tishness, and another feeling the plaintiff can't desonbe. The Plaintiffs are being treated for all these issues currently.

Pg 13-14
Claim 7

Defendants Fci Forrest city, Yates, Hess, Edge, McGee, Muss, Howard, Williams, Roberts, Jane doe1, Jane doe2, John doe1, John doe2, John doe3 violated the plaintiffs 1st, 4th, 5th, 6th, 8th and 14th Amendment rights, and committed the State law tort of negligence. By failing to train and or supervised. By the defendants either creating, or allowing for the following policy/custom to continue to go on every day which they knew or due to seeing it. Policy/custom was housing officer leaving there units unsupervised by going out side when ever there was a move called leaving there housing units unsupervised. Which has been the time most when inmates are assaulted by other inmates. The defendants all our the supervisors of the lower level housing officers who monitor/supervise housing units. Each and every one of the defendants have seen housing officer stand out side while there units are left unsupervised. This has taken place during times such as moves, chow, recreation and commissary. By the defendants allowing this policy/custom to exist made it possible for

The plaintiffs to be assaulted on that day. Which resulted in numerous Injuries.

## Statement of Facts

On June 19th 2022 While In the lunch room eating dinner I was approach by two Inmates one named bam who was assigned to my unit and the other Is assigned to A house who's name I do not know at this time. but who I know from when housed In A house with him. They approach me speaking to me about my (paperwork) The charge why I'm Incarceratede. Then saided I needed to set my work or It would be Issues. While they were talking to me I could smell the strong odor of alcohol on there breaths. After they gave me a few threats about what would happen If I did not get them my paper work. They then walked off. I then spoke to another Inmate named Larry Perkins (LP). I asked him If he still needed my MP3 player he said Yes. So me and him walked over to my house c unit. When we got to the buttom of the stairs which lead up to my unit co's easun who was the co In my unit and another unknown co. they were both speaking to each other about something. me and LP proceeded past them without any word from either co to my housing unit. When we got upstairs

My housing unit door was unlocked allowing Inmates to freely come and go as they please. When I entered the unit I notice that the CO door was closed and unoccupied by any CO. On my way to my cell I was told by another Inmate named _____, that he left my MP3 player In the TV room up stairs. So when me and LP got there. The two Inmates from the chow hall where upstairs with some other Inmates. Once we entered I was asked by another Inmate If I got my paper work I said no when I answered another Inmate asked an Inmate by the door if the CO was In the unit he said no so ahead and take off I was then rush by another Inmate who attempted to harm me. I then begun to defend myself. At some point multiple other Inmates came Into the room and started to attack Inmate LP and then do the same to me. During the assault I was knocked to the ground and repeatedly kicked, punched, bitten, and hit with unknown objects all over my body by my attackers. I then had alchol poured on me when I got to my feet I then had to fight my way out of the room once out I ran to the stop where I was again assaulted. When I sat down the

PS3-17

stairs I run to the door leading to the outside. Multiple Inmates where yelling for me not to go outside It would alert the "Police" CO's. I then went outside where I collapsed on the stairs. A few seconds after this multiple CO came running up the stairs. Some stopped In front of me other ran passed me Into the unit. I seen them let 9 Inmates out the unit door I was Inmate "LP". The unnamed Inmate who approach me In the chow hall, and another Inmate who I am not sure who he his. While on the steps I was repeatedly asked by one of the CO's that came named Burton to set up so I could go down the stairs. Durins this CO Eason and McKane attempted to lift my head and once they seen that my nose was running with blood they placed me back on the steps and called for slove. I told the CO's my neck was hurting, I could not walk something was wrong with my les and could not feel my hand and arm. CO Boyd then had a cart brought which I was then helped down the stairs by 2 CO's and placed on a cart which then I was drove to the Lieutent (LT) office where I was secured Inside by an unknown correctional officer (CO). While In there I told the CO I had to vommit he helped me Into a bathroom where I

PG #4-N several times. once done the CO again helped me to a chair. He then gave me some paper towels for my nose and a cup of water. A few minutes later he came back and told me to look at him. I told him I felt very sleepy. He asked me if I was hit in my head I said yes Then he asked me if I lose conciousness during the fight I told him I believed so. He then told me that I could not fall asleep I had to stay awake. That going to sleep right now could be bad for my health. He then said he wanted to see if someone from medical was still around to check on me. He then told me that no one was responding. I told him my neck was hurting and anytime I tried to turn my head caused me great pain. He told me to try to just keep my head still as possiable. Then LT came into the office looked at me and then started to walk to his office once he got inside he told the CO to come here for a second. He asked the CO if I've said anything about being attacked the CO' said only regarding his injuries. Which where his neck, he had vommitted earlier in the bathroom, his nose was bleeding when he came in. He was knocked un concious during the attack and

TS543

He's very sleepy. I think he needs to go out cause medical already left. The LT said that he would not be sending me out they where already short staffed. The CO then said that I may have a concusion and It would not be safe for me to be just left in a cell. The LT then told the CO to tell me to come in to his office. The CO did so I then said I could not walk on my left foot anytime I put any pressure on It I have great pain. The CO the came out and helped me in to the LT office into a chair. The LT asked me If I know who attacked me I said It was alot of people. He asked me If I could identify any of them I said yes. I then asked to see medical the LT told me I would be seen when I got over to the SHU. He then asked the CO If CO burton was still outside CO burton then came in he asked burton what inmates he had out there burton gave inmate LP name and 2 other inmates names. The LT asked me If inmate LP was one of the inmates that attacked me I said no that he had been attacked with me. The LT asked me why I had been attacked

PS#C-18 I told him due to my case paper works. He told CO Burton to bring Inmate Perkins In. Which he did When Inmate LP came In the LT I asked him If he knew Who attacked him he said no. The LT Then told Burton and the other CO to take us over to the SHU. I P asked Why We there going to the SHU The LT said protective custody till we can sort all this out. CO then helped me stand up and told me to put my hands behind me back I told him I could not put my right arm behind my back. Every time I tried to do so It caused me a great deal of pain. The CO then looked at the LT. The LT told him to just walk me over on cuffed and cuff him in the front once inside the SHU. The CO then walked me over uncuffed and then when we got into the SHU door place me In hand cuffs In front of my body I then entered the SHU and me and LP where Placed In seperate white cases. We had all of our clothes and property taken off us and was given orange clothing to dress in by CO Briggs. After about

7-12  brought me and LP to the SHU area and put both of us in cell #23 together. Since that day we both have been in the SHU. While in the SHU both me and LP filed multiple grievances. Most of mine have been answered by my unit team and or the Warden. The ones that I filed that I did not feel satisfied my question have been filed with the region. The grievances that LP have filed none have been answered. His unit team consist of the following people

The only person out of these 3 people who have come onto range 5 to see LP was Okune and that was maybe 2-3 times within the full 4 months we have been in the SHU. Do to this reason LP has been unable to submit a # of grievances. Then even the grievances he has submitted 0 have been answered. He has submitted over a since being in the SHU these range from being unable to be allowed to do any of the packets from R-Dup which he was in before being placed in the SHU. The fact that his unit team didn't come down

8-18 to the SHU for the first 40 days while he was down in the SHU which prevented him from being able to meet the 20 day deadline to have grievance filed. The fact that he believed that the institution was not effectively following rule by allowing the inmates that attack us to stay on the compound with not even receiving any kind of disciplinary action even though the jail could prove we were assaulted, who had done it and why. The fact that even though were lock here do to our safety I indeedly we are given the same benefit as an inmate who is back here for disciplinary reasons such as only given 1 hour access to out door rec, allowed to make 1 10 minute phone call a month and only allowed to be certain things off commissary. The fact that E-B had no CO inside the unit contributed to us being assault for multiple reasons. The FCI-Forrest City policy that allow for there CO's / and jail staff to leave a housing unit unmanned for any amount of time places inmates safety at risk. The FCI-Forrest City policy that only has 1 CO assigned to a

9-4 housing unit which usually house more then a 100 Inmates and up to 120 Inmates Places them Inmates safety at risk.

Arms Before being attacked I had personally spoken to the following John Doe, Davis, Mayberry, Burton Winbush, Bradshaw, Stanley, lewis Dixon, Wlotchurch, Laim, Avant, Briggs Westbrook, Flinry, Jane doe 1-5, Joe Doe 1-10, Easun, Mckune, Howard Williams, Mars, Kelsce, Edse and Yutes. About the danser of CO's leaving units unsupervised I was told by some It was so they could help monitor the compond. There post to stand out side on mousts. They where trained like that or what I don't see I can't do any thing about. Nothing has been done to chanse the safety risk of leaving units unmanned and since then there has been more then 200 assualts/fishts in units that where unsupervised which caused some Inmates sreat Injuries such as seperated, factored or broken bones. Inmates being Stubbed, broken or factoured noses, concostions, sprained ankles, and other Injuries. Out of those 200 only 150 Inmu have been detected by

10-12

A CO stumbling on the event when comms back into the unit, A staff member in another part of the prison watching the cameras and alerms other prison staff and or a inmate making prison staff aware. I've also spoken to these same individuals about each unit not having a metal detector in every unit. I was told things like this is not that kind of yard where we need them, No money in the budget for them, The admin can care less about that or inmates won't do anything but start making other weapons that can't be detected. Since that conversation the prison has found at least 100 home made knives made out of material that would be able to be detected by a medial detector. They've also found more then 100 cell phones, which could of been detected by a medial detector. But do to the prison not having but only 1 medial detector on this whole prison which is located in rec. All those items where able to make it into housing units.

Also since the plumbers have been in the shu they have been prevented from being able to program as they where doing

When they where on the compound. This has resulted In the Plumtiffs beins able to recieve extra time In the halfway house and or home confinment. IF the Plaintiff would have been able to Continue prosrumms they would have been able to recieve at minum 10 days of every 30 days of prosrumms. The Plumtiffs have now missed 3 months so they would have recieved 30 days.

PAGE
(1)

on June 19th 2022 while In the lunch room Eating dinner I obversed Inmate otis, mays get approach by two Inmates one named Bam, Who was assigned to Unit With Inmate otis, mays And the other is Assaigned to Another Who's name IS 4-Dub They approach Inmate mays Asking him About His (PAPerwork) Inmate mays Asked them what For, they stated to make sure he was not A (Snitch) Along with the (Sex charges) they Heard He had And He needed to get His Paper work or It Would Be A Issue A+For they told Him that IF He did not get them His (PAPerwork) I Ask them to leave Him along cause what Ever His PAPerwork HAs In it Has nothing to do with them and its Not worth getting in Trouble For they told me To shut the Fuck up and to mind my Bussins then they walked off AtFer that me and Inmate otis mays Finsh our meal once we Finish our meal we went to get His mP-3 Player cause He was going to let me Borrow it we walked over to His House Unit it was A CO By the name Eagon standing outside of the Unit Along with Another CO to do not Know they were talking to Each other About Something

Page (2)

me And Mays Proceeded Past them without any Worry From either CO, When we got up stairs we Entered into the Unit Cause the doors was Unlocked Allowing Inmates to room Freely As they Please the CO door Was closed And Unoccupied Aswell by any Co On our way to mays Cell He Asked Another Inmate About His MP-3 Player and the other Inmate told Him He left it In the TV Room up stairs. Now when me and Mays got up their the TWO Inmates From the Chow hall Happen to Be there with other Inmates once we Entered They started asking Him about that Paperwork Again He said He did not Have it But give Him some time to get it By this time two Inmates came and stood By the Door And one of the Inmates told them that it was good to go, saying that the CO Is not in the Unit go ahead and do what you got to Do He going to look out. We was then attack By several Inmates I then Began to defend myself. At some Point Multiple other Inmate came Into the room and started to attack us Aswell. During the Assult I was knocked to the ground and repeatedly kicked And Punched, And Hit with Unknow objects All over my Body

Page (3)

page
(3)

By my Attackers. I Heard People started to run out of the TV Room So I got to my Feet. I step out of the TV Room Very Dizzez But got Hit again and Knocked Down But when I relizes I was out the TV. Room Atfer getting Hit again I got up And ran out of the Unit Where the CO's Where. It was 5 CO's out there By this time one of the CO's name is MsMAyBerry CO. EAson. CO. McKane CO. Burton CO. Ms. Boone were all out their outside on there way In. I was stop and look at By CO. Ms. maybe. I Surrfered. A Busted nose my neck was Brusied real Bad my Back was Hurting really Bad And my Left Eye WAs closed. I Complain to Ms Mayberry that I was Hurting really Bad And need to See medical see Asked me what Happen And why I need to see medical I told Her that I Feel Down on the ground And Hit my Head She then told me to go Up to the Leuitent office thats when I seen Inmate Mays Beiry took up their In A golf Cart Cause He Could not walk or Stan. When I got up to the leuitent office I was told to sit

Page (4)

Outside on the Bench Atfer About 10min I was told to go In where Leuitent Aluinuia was He Asked me my name I told Him my name And Ask Him to see Medical He told me I would See Medical Atfer they was Finish With they Pocess He then told CO Burton to take Some Pictures And Once He was Finish take me To the SHU Housing I ASK him again About Medical, Cause My Back was Hurting real Bad Along with my Head He told me I would See Medical Once I WAS In the SHU, But I Did not See Medical Until 2 days later when I Began To Complain Again About Having Real Bad Pains

| Claim 5 | Denial of medical care Plaintiffs are seeking $25,000 per plaintiff also I would like the court to order the Defendants to review there current policy and change/fix it so this never happens again. |
|---|---|
| Claim 6 | Failure to protect Plaintiffs are seeking $25,000 per plaintiff I would also like for the court to order the Defendants to review there current policy resarding units beins left unsupervised by a prison staff member and change and or fix it so another unit ever left unsupervised. |
| Claim 7 | Failure to train and or supervise Plaintiff are seeking $25,000 per plaintiff I would also like the court to order the defendants to review there current policy resarding failure to train and or supervise. Making sure that there policy states that each housing officer does a wellfair check in there unit every 30 minutes and no unit is left unstaffed. |
| Claim | The Plaintiffs request for up to 90 days to be removed from there sentence |

Relief requested

Claim 1  For the court to issue to issue an emergency order or any other type which will force the defendant to have 2 staff in a housing unit when ever there more then 20 inmates out of there cell in that unit.

#2  For the court to issue an emergency order or any other type which will immediately prevent the defendant from allowing an housing unit to ever so unsupervised by a staff member physically inside that housing unit. Also

#3  For the court to issue an emergency order or any other type which will immediately prevent the defendants from not forcing the housing officers to do rounds in there housing units every 30 minutes.

#4  For the court to issue an emergency order or any other type which will immediately force the defendents to place 1 medical detector at each entry to each housing unit.

