**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 5 2022

TAMMY H DOWNS, CLERK

By:_____ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**
Eastern _____ DIVISION

CASE NO. 22-CV-00167-KGB-JTK

Jury Trial: ☑ Yes ☐ No
(Check One)

I.      Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.      Name of plaintiff: OHS Mays
ADC # 21455041

Address: FCI-Talladega, P.O. Box 1000, Talladega, AL, 35160

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.      Name of defendant: Lt. S. Amumula

Position: Lieutenit

Place of employment: FCI-Forrest City

Address: 1400 dale bumper road

Name of defendant: John P Yuter

Position: Warden

-4-

Place of employment: FCI-Forrest City

Address: 1400 dale bumber road

Name of defendant: Unknown Burton

Position: Correctional Officer

Place of employment: FCI-Forrest City

Address: 1400 dale bumper road

Name of defendant: Unknown Mann

Position: Captain

Place of employment: FCI-Forrest City

Address: 1400 dale bumper road

II.    Are you suing the defendants in:

☑  official capacity only
☑  personal capacity only
☑  both official and personal capacity

III.   Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes X    No ___

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☑  Parties to the previous lawsuit:

Plaintiffs: Otis Mays

Defendants: See case #22-cv-00167-KGD-JTK

-5-

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _22-CV-00167 KGB-JTK_

☐    Name of judge to whom case was assigned: _KGB-JTK_

☑    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _pending_

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: _FCI-Talladega, P.O. Box 1000 Talladega, AL,_

V.    At the time of the alleged incident(s), were you: (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __X__    No _____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes _X_    No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

See attached Document

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

See attached Document

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this ___ day of _November___, 20_22_.

_____

_____

_____
                Signature(s) of plaintiff(s)

-8-

Defendants List

#1   Federal Correctional Institution Forrest City
     1400 dale bumper road
     Forrest City, AR, 7233

#2   John P. Yates          Complex Warden
     John Doe               Prison Warden
     Unknown Edse           Assistant Warden CALD
     Unknown Kelsee         Assistant Warden CALD
     Unknown Hess           Unknown
     Mars                   Captain
     S. Amulmuia            Lieutenant
     Unknown Howard         Lieutenant
     Unknown Williams       Lieutenant
     Unknown Roberts        Lieutenant
     John Doe #1            Lieutenant
     John Doe #2            Lieutenant
     Unknown Bayess         Correctional Officer
     Unknown Westbrook      Correctional Officer
     Unknown Edison         Correctional Officer
     Unknown Avant          Correctional Officer
     Unknown Lombush        Correctional Officer
     Unknown Liam
     Unknown Maybarry
                Moore
                Dixion
                Wallace
                Smackwite
                Burton
                Burton
     P. Mcdaniels
                Dicus
                Williams
                Davis
     Unknown Flon

DEfendants List

Unknown Lewis                          CO
Unknown Chris                          CO
Unknown Murphy                         CO
Unknown Johnson                        CO
Unknown Yarbrough                      CO
Unknown McKune                         CO
Unknown Winchurch                      CO
Unknown Stanley          Correctional officer
Unknown Collins          Correctional officer

Pg 1-

# Claims

~~...~~ All Defendants are beins sued both In there there Indivisual as well as there official capacity.

# 1   Defendants FCI-Forrest city, John ~~Edward~~ Yates, Kelsoe, Edge, Hess, Howard, Williams, Roberts, S. Aminuta, eason, Liam, Briggs, Dixon Avant, Mayberry, Lewis, Mckune, Williams, Yarbrough and John Doe   all violated my rishts 1st, 4th 5th, 6th, 8th and 14th Amendment rishts and also committed the State law tort of nesusence. By failins to Protect me by continuins to allow an written/unwritten policy of only Stuffins One correctional officer In a housins unit that house more then 100 Inmates. Due to the defendant policy my safety was Placed In yeperdy and I was attacked. This policy had been In effect for more then 10 years before me beins assaulted the deffendants had knowledse of the Illesal Policy. The defendants have been made aware by Prison Stuff, Inmates, Prison Camera footage, Prison documents, kites Srievances and multiple SIS Investisations; memos. When ever any code other then a medical causes for all Stuff even the Stuff who are the sole and only Officer workins a unit to respond to the units. Which causes for All those other units to be left without any supervision. Also when Inmates are beins called for chow time to eat all Stuff who are ~~...~~ assisned to units are not Inside the unit but outside the unit's leavins multiple Inmates Inside units unattended.

PG#2- Even after those Inmates from that unit start to return back to there housing unit from Chow the unit. Even when pill line, or prescription and or any other move is called the prison staff members who are assigned as housing unit correctional officers so outside of there unit some so and stand just 5 feet outside there outer door others so to the ground level and stand more than 13 feet away from there unit door. Both prevent the correctional officer from being able to hear or see anything taking place in there unit. Even when correctional officer who are assistened to be an housing unit officer leave there units unsupervised when they have to so use the restroom due to the fact once they go to the restroom the unit left unsupervised.

Due to all those reasons is why I was able to be assulted by more then 5 Inmates for several minutes without prison staff knowing about it.

Claim#2 Defendants FCI-Forrest City, John Yates, Edge, Hess, Howard, Williams, Roberts, Amulmula, Lamm, Cason, Briggs, Dixon, Avant, Westbrook, Mulberry, Lewis, McCune Williams, Varbrough, Chris Murphy, Johnson, Winchurch, Davis and John Doe All violuted my 1st, 4th, 5th, 6th, 8th, and 14th amendment rights and also committed the state law tort of negligence. By failing to protect me. By allowing a Unwriten/written policy that the Defendants were aware of and allowed for it to continue even though the Defendants knew that it repeatedly placed Inmates safety

Pg#3—

at risk. The policy was allowing and or ordering for correctional officer who were assigned to housing unit to leave there housing unit unsupervised when ever a move was called or chow/ was called. Due to this policy on June 14th 22 myself and Inmate persons was attacked by several Inmates with no correctional staff In the housing unit. Which went on for more then several minutes Prison staff were only alerted when they were alerted by another Inmate running out of the housing unit. Housing officer was CO John Doe Who was outside speaking to CO John Doe Who was the CO In unit C2 Also the other housing officer that day was

All those CO's were also outside there unit at the time I was being attacked. They were all outside there unit due to the time the Incident had taken place. Due to the policy of the Defendants having correctional officers leave housing units unsupervised my safety was placed completely at risk and I was attacked.

Claim#3. Defendants FCI-Forrest City, John Doe Warden, John Doe Captain, Assistant Warden Edge, Assistant Warden Hess, LT Amuimula, LT Roberts LT Williams, John Doe LT, John doe LT #2, John Doe LT #3, John Doe LT # 4 and John Doe #5. All violated my 1st, 4th, 5th, 8th and 14th amendment rights and committed State law tort of negligence. By creating the policy of allowing Inmates

PS#4

To be In units unsupervised by any presence Jail Stuff. Which due to this POLICY caused for me to be assaulted by multiple ~~inmate~~ Inmates. Which I suffered multiple Injurys such as an seperated shoulder, chipped teeth, concussion, back pains, Range of motion Issues, Vission Issues,

This POLICY was put In place by Defendants John Doe Warden, John Doe AW, Edse AW, AW Hess, John Doe Captian. Either by actually ordering the officers who were assigned to housing units to allow for Inmates to be left In housing units unsupervised. Or by seeing, knowing and or being notifyed of the custom/policy and allowed for It to continue. BY the defendants not Putting a stop to the POLICY It caused for It to exist on the day I was assaulted for more then severel minutes by several Inmates some where even ~~places~~ In other units. Who were not suppouse to be In my unit. The defendants listed were the Prison admins who where the ones who not only set and made POLICY but also changed policys and or customs. The Defendants all repeatedly put out memos to the LT'S and also told CO's that at the time when Inmates moves are culled the CO's should leave there unit unsupervised which caused for repeatedily for Inmates to be assaulted and then for me to be also assaulted. Due to Previouse Incidents where Inmates where repeatedily assaulted while there were No Prison Staff present left the unit unsupervised and Inmates to run wild. The Defendants knew that this POLICY placed Inmates safety at risk due to the multiple reports of attacks

PS#5— that continully took place when Inmates were left in units unsupervised. By the countless incident report filled by prison staff, kites filled by Inmates, memos filled by staff, and other documents.

Claim #4  Defendants FCI-Forrest City, Yates, Edse, Murs, Roberts, Hess, Williams, Howard, Amulmula, Liam ~~Doddicorace~~.

and                    All violated my 1st, 4th, 5th, 6th 8th and 14th amendment rights and committed State law tort of negligence. By failing to train staff and or supervise it's staff when it came to housing officer conducting well fair checks on Inmates In a timely manner. This was done when the defendants either created a policy/custom or become culture of it and allowed for it to continue. Even through the defendants knew or should have known that this policy/custom place Inmates safety at great risk when housing officer did not do rounds In there units checking on the Inmates In there units. Also by the supervisors not forcing/directing housing officers to do rounds In there housing units at minium 1-2 an hour. Also by the supervisor not disciplining staff who did not do well fair rounds In there unit. This has caused for the FCI-Forrest City to feel as if they do not need to do rounds and if they do not do rounds they will not receive any punishment or disciplined. Basically like the prison admin and or supervisor are allowing the staff not to do safety and security rounds

Due to the Defendants failure to train and or supervise there staff I was assaulted by several

PS #6-

Inmates which lasted for several minutes. all due to the fact that No Stuff member did a security/well fair check for more then a hour. If any of the Prison Stuff would have been doing there Job and did a round I would have not been assaulted

The Defendants knew that by them allowing such Policy to exist causes for me to be assaulted for a longer period of time then I would have If the Policy did not exist and the Defendants force the CO's and or Assigned housing officer to do security rounds like there post to by there own Policy.

Defendants S. Amuimula, Burton, John Doe Euson, Mckune, Violated My Rights 1st, 4th, 5th, 6th, 8th and 14th amendment Rights and also committed the State law tort of negligence. BY denying me adequate medical care. When the Defendants were all aware that I needed medical attention immediately not only due to what they seen but also because what they were told by me and other stuff. BY me being denied immediately medical attention I was forced to suffer longer pain and suffered Injuries such as loss of conciousness Headaches, Migraines, Vomitting, Nose bleed, continuesly ringing in my ears, loss of memory, balancing issues, Light sensitivity, Chipped tooth, Throbing tooth pain, Pinch nerve pain, Dizzyness, Ankle Sprain, back issues which stopped me from being able to stand on sit for any time more then 10 minutes before I

PS#7-

Stuff to recieve Great Pain Sharp Shooting In my buttx. Due to beens left to Sit In tons Pain without Any medical attention I was forced to Sit In Pain and

PS#1-11

## Statement of facts

On June 19th 2022 I was assigned to ~~Forest City~~ housing unit C4 at FCI-Forest City. On my way to lunch on that day both CO's from my unit C4 as well as C2 were standing outside the unit I left the unit after about 50-60 inmates left out of the unit there was more then 50 inmates who stayed behind in the unit and did not go to dinner. With no prison staff in the unit. On my way back from dinner when I returned to my unit all the CO's who were assigned to C housing units were standing outside ~~the~~ on the ground units my CO John doe was on the side by C2 door speaking to the CO who was the housing officer assigned to housing unit C2. The CO's for units C1 and C3 where also outside but on the other side speaking to ~~each other~~ one another. All the CO's for housing units A-unit and B-unit were also outside their units leaving there housing units unsupervised. This is something that takes places every day when inmates go to lunch and a lot of time when inmates move is called. All prison staff Admin such as AW Edse, Hess, Kelso, John Yates, Murs, LT Roberts, LT Williams, LT Howard, LT John Doe#1, LT John Doe #2, LT. John Doe #3, LT Jane Doe and Warden John Doe have all seen housing officer leave there units unsupervised during chow/lunch time. Due to the fact all of them have walked past units spoke to housing officer

PS#2-11

Who were outside there unit and with Inmates Inside the units. Also Due to the fact that All of them have walked past units and seen the co's who were housing officers outside there units leaving there units unsupervised. Also due to the fact that all of them have been present at times Inmates have went to lunch at the chow hall which they present there self for Inmates to speak to staff/prison admin.

On the day of my assault Defendants Edse, Murs, Roberts, Amulrumu, and Where all present at lunch at the Chow hall and seen all the housing unit staff walking outside there units leaving there unit unsupervised.

When I and Inmate Perkins were walking to my unit after dinner Inmates 4 dab and 2 other Inmates who were not In my unit where able to just walk right past my housing unit co who was doing nothing but standing next to John Doe who was that day working as the housing officer In C-2. They both knew that those three Inmates were not housed In C-4 but did not stop them but just allowed them to proceed to walk up the stairs to C-4. They knew this due to the fact both of them have repeatedly worked multiple housing units both C4 and A4 where those Inmates were housed In. When me and Inmate Perkins walked past the co's again they did not question and Inmate Perkins who they

PG#3-11

Knew was also not pose to be In my C4 due to the fact he lived In Unit B1 due to the fact he was Programming In R-Dar. Which asum both CO's knew this because they worked In that unit. But asum let him continue to C4 with out saying anything. Once me and Mr. Perkins entered my Unit I went to set my MP3 Player so he could use It when he went to rec. There was no CO In the unit While setting the Player out of the TV room both me and Mr. Perkins where attacked by several Inmates. We were hit with Unknown objects and also had a Chemical which I believed was Jail house alcohol poured on us. During the assault I was punched, kicked all over my body and knocked to the floor I then lost consciousness When I resumed consciousness I was able to get up when I noticed the Inmates who was attacking me where attacking Inmate perkins I then pushed passed them and run out the TV Room to the steps which headed to the main level I was then attacked by another Inmate and run down the stairs I then run out the unit door which was unsecure and started to go down the stairs which went to the ground level while trying to go down I then again collapsed. On the stairs. I'm not sure how long I was on the stairs. But When I really could focus there where multiple CO's all around me on the stairs. The CO's where my housing officer eason C2 housing officer Mckune, CO Burton who I believe was the compound officer that day, CO Mayberry unknown of her assignment

PS# 4-11  On that particular day, case manser and ~~officer~~ CO ewunt ~~McKune~~ what only she worked that day I believe it was C4 and 2 unknown CO's. I was on the stairs face down when I repeatedly asked by CO Burton to stand up so I could get down the stairs. I told him my ~~condition~~ that I didn't believe I could my back and less where in great pain. He told me to try I did but could not move. So then CO's ewson and McKune attempted to lift me off the stairs once they lifted my head that noticed I had blood all over my face and that's when CO Burton told them all to slow up. They then placed my head back on the stairs and started asking other officers if they had gloves. I then told CO Burton that I was having a ~~b~~ real bad neck back and ~~right ankle~~ pain on my right les. CO McKune ~~who~~ who was standing next to CO ewson who where both not more than a step away from me then told CO Burton that he did not think that it was best for me to be moved without the board so that my neck could be held in place so that way if I had any head or neck injury I would not be further injured. CO Burton then radio for the medical cart to be brought over. For some they could not set it. I was then lifted and assisted by CO's ewson and McKune down the stairs to a cart which I was placed into and dolled over to the LT office. ~~During~~ During the whole question conversation between me and CO Burton on the stairs CO maryberry had several inmates standing in the door way of

PS#5-11

C4 One of those Inmates were Larry Perkins and 3 other ones Inmates anbut those other then CLPJ where Inmates who attacked me and CLPJ. After I was taken to the LT office These Inmates where also sent to the LT office due to the fact CLPJ ones had visible Injurys of being In a fight and the other three also because they had Obvious signs of being In a fights. Once I was transported to the LT office I was Placed In the LT office In a chair. While Inside the LT office I was being supervised by a white unknown male officer. The co asked me If I had been assaulted I shook my head yes. I then told him I had to vommit he then assist me Inside a bathroom Inside the LT office. Once Inside I vommited severen times. Once done I was Provided paper towels to wipe my face and clean the blood off my face and also a cup of water. After drinking some of the water the co asked me How I felt I told him I was very sleepy and that I was having alot of Pain In my Right ankle, back, head, neck and also that I had this ringing In my ears and Issues with the bright lights In the LT complex. He then asked me If when I was assaulted If I was hit In the head. I then told him I was kicked and punched all over my body and was knocked on Consciousness. He then told me that I could not fall asleep and went to the door which lead to the outside and talked to some

PS#6-11

One outside which I could not hear that conversation. It was less then 30 seconds. He then came back and I was nodding off He then called my name I then responded he told me I had to stay aware until I seen medical. That me sleeping right now could be bad for my health. He then attempt to radio someone In the medical department but recieved no response. I then was asked If I could move my neck left or right I told him that It hurted very bad when I ever tried to do so. He then told me to just sit back against the wall and tried to keep my neck as still as possible. Then LT S. Amulmuru came Into the LT office looked at me and ~~~~~ then started to walk to a office labled LT office he then unlocked a door and went Inside his office was no more then maybe 10-6 steps from where I was. Once the LT was Inside the office he told the CO who had been with me to come Into his office which he did but kept the door open. The LT then asked him If I said anythins about the attack the CO said only that he was attacked and that he was having lots of pain movins his neck, that he had been knocked un conissess during the fight. The CO then told him that I had nodded off and that he believed to go out to be seen In the ER because medical had already left and he had already tried to radio them but got no response. That he believe I could have a neck or head Injure. That at best I had a consession. The LT then said "He would not be

PS#7-11

sending me out that he was already short staff and could not afford to lose any more officers. The CO then responded that as um if he was right and I had a concusion, or a neck or head injury it would not be safe for me to just be left in a cell. The LT then told the CO to have me come into the office. I then was asked to come into the office when I attempted to put weight on my ankle I couldn't weight buckled back into the chair. So the CO assisted me into the LT office. The CO then told the LT that I was unable to put any weight on my ankle. That I had to have be cuffed to a cart and escort over here in that cart. I was placed in a chair in front of the LT desk where he set. The LT asked me if I knew who attacked me I told him that I did it was several different inmates. He asked me if I could identify them I said yes I could. He then asked me if they were the St. Louis cur I told him yes. He then looked at his computer screen. I then asked him if I could see someone from medical because I was having real bad head and neck pain. He told me that I would see them once I was taken over to the SHU. He then looked at me I told him that I had the CO earlier try to radio them and they said medical had left. The LT told me that was not true they were just tied up I would be seen by medical once I got over to the SHU. The LT then asked the CO to go ask CO burton to give

pg#8-11    .

Him the names of the Inmates he had out there. The CO returned several some names. The LT asked me if Larry Perkins was one of the Inmates who had attacked me. I was nodding off in the chair. I then told the LT I wanted to just go to sleep I was fucking sleepy. The LT asked me again. I told Him no "LP" was attacked with me. The LT asked me why we had been attacked by St Louis when LP was from St Louis. I told him It was over paper work. I then told him I just needed to sleep. The LT told the CO to bring in LP. He then went and got LP and CO Burton who came In when they enter LP gave me my MP3 that was in his pocket. The LT asked LP If he knew who attacked him he said no. The LT then had Photos taken of both of us and then had us taken over to the SHU while taking the Photos the LT called over to C unit on speaker doing a conference call with Marberry and other CO's he asked them to do the body checks she told him that they had already conducted It and that several of there workers were Involved In the assault and that the Information She obtain was It was over many paper work. After the call the LT told Burton to take us to the SHU LP then asked why he was going to the SHU? The LT said for protective custody till he can get this all sorted out. I was then asked by LT to stand up and turn around so I could be cuffed

PG#9-11

I then ~~xxxxxx~~ asked the LT if I could get a wheel chair so I could be brought over to the Shu without having to walk over there. He said no it's only a few steps. I then told the LT that I could not move my right arm every time I tried I received great pain as if my arm was being torn off. The LT then told the CO's to walk me over to the SHU and have them cuff me in the front in the Shu sally port. I was then forced to walk over to the Shu which caused me to Confuse 2 seperate time due to the pain I had from previous injury weighted on my ankle. Once inside the SHU I asked CO Briggs if he could contact medical and see if I ask for them to come see me he then told me that medical had been left. I told him LT Alumbua just told me that they were Shu here and would see me once I got over here. CO Briggs then looked at CO's button and the CO who was with me in the LT complex then CO Briggs said I'm not sure why he lied but he allways does that and once your ever here your shit out of look. I then asked if they could call the LT for me. Briggs said that he could but the LT would not do anything here I said thats his game he says anything to get Inmates to the Shu and then forces us to deal with ya.

About 3-5 minutes later LT S.A. came into the SHU while I was still locked in a cage. I asked him why he told me medical was still here and they would come see me? He told me he mad.

PS#10-11

an mistake he believed that medical was still there but unfortunatly they had left for the day. I told him I heard the conversation in the LT office between him and CO John doe and I need to go to the hospital. He told me that was not an option that I would just have to lay down and wait for medical to come back. He then told CO Briggs and Westbrook to set me and Perkins put up as soon as possible. I was then plugged in a cell with Inmate Perkins for 2 days before bens seen by any medical personel. While waiting I had a seizure that happen that same night of my attack that was caused by my attack which could have been prevented if I would had been sent to the hospital. The only reason why me and Mr. Perkins were seen by medical was because Inmate Perkins held his tray slot and forced the Sht LT Roberts to call medical and have us reviewed.

While waiting to be seen I was forced to just lay in a bed I could not even move nor eat. My whole body felt like it just shut down. I was unable to move my right arm, I repeatedly vomitted blood, urinated blood, had repeated ringing in my ears, I could not chew any of my food, my tooth that was once filled was knocked out caused for my whole to be open and caused for me to have great pain in my mouth that caused me not to be able to sleep at all and also had issues with bright lights that caused me issues with my sight.

Till this day I am still having vision issues
with bright lights and also with
the ringing in my ears. Multiple medical
personnel have told me that due to that fight
the ringing in my ears and eye issues I
suffered an conclusion. I've been provided
special eye wear. I have been given treatment
to deal with the nerve pain in my mouth. Which
is only a short term rellefe. I am scheduled
to have that tooth sersically removed due to
the fact it can not stay due to the fact that
it will only cause me pain. I was forced
to sit with this pain until I was moved to
my new prison around september this year
as well as eye glasses problem. I am currently
waiting to start physical therpy for my back
and arm issues. That were both left to
become wrose then they would have been if
I would have been provided immedratelly
medical attention due to the fact I was not
my nerves were left to be pinched longer
which caused more damaged.

I complained about all these issues to
multiple prison staff such as Def Edse,
Hess, LT Mansl- LT Roberts, LT Williams
LT                    , Warden
but nothing has or was ever chansed to stop
this from happening.

I tulked to multiple prison staff both before
and after my cultures resarding units bens
unsupervised. In the SHU I spoke to CO
Dixion,        Liam, West brook, briss, Avant,
Picus, snuckville, burton and Avant who

All told me that they have not only been told by Prison admin to be outside there cont durms chow call even though It would leave there wing unsupervised. But It has also been memo put out to them by LT's and Prison admin but the Warden requers. Due to this Policy I was allowed to be assaulted.

Also While In the Shu I was repeatedly denied to recieve Srievances to file on Issues and would I would then obtain them It would only leave maybe one or two days. Also the Shu did not provide Inmates with a "Flex Pin" to do Srievances I repeatedly complained about this and sometime It caused for me to be targeted by Prison Staff which resulted In me just not filling due to fear of retaliation. Due to the fact I witness how Prison Staff would tamper with Inmates mail. Take Inmates mattress and force them to lay on they hard bunk and or take all there clothins and blankets and Sheets and give them Paper clothes all because an Inmate either attempted to Write them up or did.

Relief Requested

For the court to Issue an order or any thing else that will force the Defendants to Immediately ban the use of Units going unsupervised by a Physical housing officer.

#2  To have the court Issue an emersency order or any other type which will force the defendants to have to have a officer In a housing unit when there Is more then 50 Inmates In a unit outside of there cells. In that unit.

#3  For the court to Issue an emersency order or any other type which will Immediately prevent the defendants from not Inforcing a Policy which states all units should have a well fair check done at least every 30 minutes.

For the court to Issue an emersency order to allow for the court to have a Person or agency Make sure that the court orders are being followed.

That the Defendants Pay me $10,000.00 In Punitive damages

That the Defendants Pay me $10,000.00 In compensatory damages

That the Defendants write me an apology letter.

That the Defendants LT Alumina, CO's eason, burton All be forced to take trainings on medical procedure decisions with Inmates who have been assaulted.

That Defendant LT Alumna be suspendant for 30 days without pay.

That Defendant Warden write my judge a letter asking that I be given time off my sentence for what I suffered.

