# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

OTIS MAYS,                                                                                              PLAINTIFF
Reg. # 21955-041

v.                                            2:22CV00167-KGB-JTK

FEDERAL BUREAU OF PRISONS, et al.                                              DEFENDANTS

## ORDER

     Otis Mays ("Plaintiff") has filed an Amended Complaint against numerous officials at the Federal Correctional Institution at Forrest City, Arkansas. (Doc. No. 15). Having reviewed Plaintiff's Amended Complaint for screening purposes,[1] the Court concludes service of Plaintiff's deliberate indifference to serious medical needs claims on Defendants Amuimuia, Burton, Eason, McKane, and Lieutenant Doe is appropriate.

     It is Plaintiff's responsibility to provide the name of Defendant Lieutenant Doe. See Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam); see also Fed. R. Civ. P. 4(m) (providing that any defendant who is not served within ninety (90) days after the filing of the Complaint is subject to dismissal without prejudice). If Defendant Lieutenant Doe is not served in a timely manner, the Court will recommend this Defendant be dismissed.

     IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Amuimuia, Burton, Eason, and McKane. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 15), Summons, and this Order on each of these

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee, regardless of fee status. 28 U.S.C. § 1915A(a); Lewis v. Estes, 242 F.3d 375 (8th Cir. 2000) (per curiam) (§ 1915A's screening requirement applies regardless of fee status).

Defendants without prepayment of fees and costs or security therefore. Service shall be made through United States Attorney for the Eastern District of Arkansas and the United States Attorney General. Additionally, service on Defendants Amuimuia, Burton, Eason, and McKane should be attempted through the Federal Correctional Institution – Forrest City Low, Post Office Box 9000, Forrest City, Arkansas 72336.

Dated this 3rd day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE