# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

OTIS MAYS,                                                                                                        PLAINTIFF
Reg. # 21955-041

v.                                           2:22CV00167-KGB-JTK

FEDERAL BUREAU OF PRISONS, et al.                                    DEFENDANTS

## ORDER

Otis Mays ("Plaintiff") filed an Amended Complaint against numerous officials at the Federal Correctional Institution at Forrest City, Arkansas. (Doc. No. 15). The Court concluded[1] service of Plaintiff's deliberate indifference to serious medical needs claims on Defendants Amuimuia, Burton, Eason, McKane, and Lieutenant Doe was appropriate. Summonses for Defendants Amuimuia, Burton, and Eason have been returned unexecuted with the notation "FCC Forrest City does not accept restricted mail." (Doc. Nos. 31, 32, 33).

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Amuimuia, Burton, Eason, and McKane. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 15), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore. Service should be attempted through the Federal Correctional Institution – Forrest City Low, Post Office Box 9000, Forrest City, Arkansas 72336—but delivery should not be restricted.

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee, regardless of fee status. 28 U.S.C. § 1915A(a); Lewis v. Estes, 242 F.3d 375 (8th Cir. 2000) (per curiam) (§ 1915A's screening requirement applies regardless of fee status).

Dated this 7th day of March, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE