# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

OTIS MAYS,                                                                                              PLAINTIFF
Reg. # 21955-041

v.                                        2:22CV00167-KGB-JTK

FEDERAL BUREAU OF PRISONS, et al.                                          DEFENDANTS

## ORDER

Otis Mays ("Plaintiff") has filed two Motions asking for leave to depose another inmate (Doc. Nos. 47, 51) and a Motion for Appointment of Deposition Officer (Doc. No. 49). Plaintiff's Motions (Doc. Nos. 47, 49, 51) are DENIED.

Plaintiff has asked twice before for leave to depose another inmate, Mr. Perkins; the Court denied both Motions. (Doc. Nos. 25, 27, 44, 45). The Court also denied Plaintiff's earlier Motion for Appointment of a deposition officer. (Doc. Nos. 43, 45).

Under Rule 30 of the Federal Rules of Civil Procedure, a deposition must be recorded. FED. R. CIV. P. 30(b)(3). Additionally, unless the parties stipulate otherwise, "a deposition must be conducted before an officer or appointed or designated under Rule 28." FED. R. CIV. P. 30(b)(5). Plaintiff has not established that he can pay for the costs of a court reporter or other related fees. Plaintiff is required to pay such costs even though he has been granted <u>in forma pauperis</u> status. <u>U.S. Marshals v. Means</u>, 741 F.2d 1053, 1057 (8th Cir. 1984). Without this showing, Plaintiff's Motions (Doc. No. 47, 51) are denied.

Because Plaintiff's Motions for Leave to depose Mr. Perkins are denied, Plaintiff's Motion for Appointment (Doc. No. 49) is also denied.

IT IS SO ORDERED this 19th day of May, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE