# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

OTIS MAYS,                                                                                 PLAINTIFF
Reg. # 21955-041

v.                         2:22CV00167-KGB-JTK

FEDERAL BUREAU OF PRISONS, et al.                             DEFENDANTS

## ORDER

Defendants Saivatia Amuimuia, Demarcus Burton, Steve Eason, and Jordan McClain, through counsel, have filed an Answer to Plaintiff's Amended Complaint and supplied their full and correct names. (Doc. No. 57). The Clerk of the Court is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 1st day of August, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE